# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| PATRICK FONTILOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:09-CV-437(MTT) |
| | ) | |
| STEPHEN OPUKU, and | ) | |
| DANIELLA BROWN-HOLMES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This case is before the Court on the Recommendation (Doc. 21) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. on the Defendants' Motions to Dismiss (Docs. 13 and 14). The Magistrate Judge, having reviewed the Defendants' motions pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing the Plaintiff's case for failure to exhaust his administrative remedies. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motions to Dismiss (Docs. 13 and 14) are **GRANTED**.

**SO ORDERED**, this the 24th day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch